STOCKTON v. N.C. FARM BUREAU MUT. INS. CO.

No. 379P00

Case below: 139 N.C.App. 196

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

SUN SUITES HOLDINGS, LLC v. BOARD OF
ALDERMEN OF TOWN OF GARNER

No. 394P00

Case below: 139 N.C.App. 269

Motion for temporary stay allowed, ex mero motu, 28 August 2000.

TRIANGLE PARK CHIROPRACTIC v. BATTAGLIA

No. 395P00

Case below: 139 N.C.App. 201

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

YANCEY v. LEA

No. 366A00

Case below: 139 N.C.App. 76

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 5 October 2000.